NATIONAL MOTOR FREIGHT TRAFFIC ASSO-
CIATION, INC., ET AL. *v.* UNITED
STATES ET AL.

No. 479.   Decided December 17, 1962.

*Bryce Rea, Jr.* and *Frederick A. Babson, Jr.* for appellants.

*Solicitor General Cox, Assistant Attorney General Loevinger, Robert B. Hummel, Robert W. Ginnane* and *Fritz R. Kahn* for the United States and the Interstate Commerce Commission.

*D. Robert Thomas, Harry C. Ames, Sr., Giles Morrow, S. Sidney Eisen* and *James L. Givan* for appellee freight forwarders.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

MR. JUSTICE STEWART is of the opinion that probable jurisdiction should be noted.